UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSHUA ASHLOCK                                                                                    PLAINTIFF

V.                         Case No. 4:24-CV-00035-BRW-BBM

MARTIN O'MALLEY, Commissioner,
Social Security Administration                                                                    DEFENDANT

## ORDER

Plaintiff Joshua Ashlock filed the above-captioned case, seeking judicial review of the administrative denial of his application for disability insurance benefits under Title II of the Social Security Act. (Doc. 2). On May 23, 2024, the Defendant filed a motion, requesting that the Court reverse and remand this case for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 14). The motion is unopposed. *Id.* at 1. For good cause shown, the motion will be granted.

Accordingly, the Defendant's Unopposed Motion to Reverse and Remand (Doc. 14) is GRANTED. This matter is REVERSED and REMANDED to the Commissioner of the Social Security Administration for further administrative proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED this 28th day of May, 2024.

_____
UNITED STATES MAGISTRATE JUDGE